UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE RODRIGUEZ,<br><br>          Plaintiff,<br>  vs.<br>COUNTY OF TULARE, et al.,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 09-0940 LJO SMS<br><br>**ORDER ON SETTLEMENT STATUS**<br>(Doc. 26.) |

    Defense counsel filed March 1, 2011 papers to indicate that the parties have reached settlement but that plaintiff's counsel would not sign dismissal papers due to issues in plaintiff's workers' compensation case. This Court surmises that defense counsel filed the March 1, 2011 papers to seek to vacate the March 8, 2011 pretrial conference and April 26, 2011 trial.

    This Court's practice is to keep scheduled dates on calendar in cases where settlement is unclear. As such, this Court ORDERS plaintiff's counsel, no later than 5 p.m. on March 2, 2011, to file and serve papers to confirm whether this action has settled and if so, why this case cannot be dismissed within 30 days.

    IT IS SO ORDERED.

**Dated:   March 1, 2011**                                  /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE