# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE RODRIGUEZ, | CASE NO. CV F 09-0940 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 33.) |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;
2. VACATES all pending matters and dates, including the March 8, 2011 pretrial conference and April 25, 2011 trial;
3. DISCHARGES the pending order to show cause; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 8, 2011**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1